**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 99-7345**

————————

EDWARD GALES,

Plaintiff - Appellant,

versus

JIM BRUCE, Northumberland County Deputy Sheriff,

Defendant - Appellee.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-99-1248-AM)

————————

Submitted:  December 16, 1999        Decided:  December 22, 1999

————————

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

————————

Affirmed by unpublished per curiam opinion.

————————

Edward Gales, Appellant Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward Gales appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint for failure to state a claim upon which relief can be granted. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gales v. Bruce, No. CA-99-1248-AM (E.D. Va. Sept. 13, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2